IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

RE:    **HERBERT ELLIS**     CASE NO:   **3:09-BK-11257**

---

**MODIFICATION OF CHAPTER 13 PLAN**

---

Comes now the Debtor by and through his attorneys, Crawley & DeLoache, PLLC, and for his modification to the original or modified Chapter 13 plan states:

1. **PAYMENT TO THE TRUSTEE:**

   THE DEBTOR PROPOSES TO PAY $ 700.00 PER MONTH TO THE TRUSTEE.
   ( ) Weekly;  ( ) Bi-Weekly;  ( ) Semi-Monthly;  ( x ) Monthly or ( ) Other

2. **THE PLAN LENGTH** shall remain the same.

3. **UNSECURED CREDITORS** are to be paid a Pro Rata dividend.

   **(SPECIAL NON-PRIORITY UNSECURED DEBTS REMAIN UNAFFECTED)**

4. **UNSECURED CREDITORS** shall be paid at least as much as they would receive under **Chapter 7.**

5. **ALL OTHER PROVISIONS AS SET FORTH IN THE LAST CONFIRMED PLAN REMAIN THE SAME.**

                                                    **Respectfully Submitted**

                                                    **CRAWLEY & DELOACHE, PLLC**
                                                    **533 WEST WASHINGTON**
                                                    **JONESBORO, AR 72401**
                                                    **870/972/1127**

5-28-9                                          /s/Michael Crawley DATE
                                                    **MICHAEL E. CRAWLEY, BAR #97016**
                                                     **MIKE DELOACHE, BAR #90210**
                                                     **JOEL G. HARGIS, BAR#2004-007**
                                                    **ATTORNEYS FOR DEBTOR**

UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICT OF ARKANSAS

RE:    HERBERT ELLIS                                              NO.  3:09-BK-11257

NOTICE OF OPPORTUNITY TO OBJECT TO MODIFIED PLAN BEFORE CONFIRMATION

You are hereby notified that the captioned debtor has filed the attached modification to the plan pursuant to 11 U.S.C. 1323 and Rule 3019 of the Rules of Bankruptcy Procedure 11 U.S.C. 1329.  Objections to the plan as modified must be filed with the Bankruptcy Court at 300 West 2nd St., Little Rock, AR 72201 in writing within 20 days from the date of this notice, with copies to the Counsel for the debtors and Mark T. McCarty, Trustee, P. O. Box 5006, N. Little Rock, Arkansas  72119.

If objections to the Plan as Modified are filed, they will be set for hearing by subsequent notice.  If no objections are received, the Plan as Modified may be confirmed without further notice or hearing.

                                                          **CRAWLEY & DELOACHE, PLLC**
                                                          **533 WEST WASHINGTON**
                                                          **JONESBORO, AR 72401**
                                                          **870/972/1127**
                                                          **FAX 870/972-1787**

Date:  5-28-9                                      /s/Michael Crawley
                                                 **Michael E. Crawley, Bar #97016**
                                                 **Mike DeLoache, Bar #90210**
                                                 **Joel G. Hargis, Bar #2004-007**

CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to:

| | |
|---|---|
| Mark T. McCarty, Trustee<br>P. O. Box 5006<br>N. Little Rock, AR 72119 | Mr. Neil Martin<br>Internal Revenue Service<br>Special Procedures<br>700 W. Capitol, Stop 5700<br>Little Rock, AR  72201 |
| Legal Department<br>Employment Security Division<br>P.O. Box 2981<br>Little Rock, AR 72203 | U.S. Attorney (Eastern District)<br>P. O. Box 1229<br>Little Rock,  AR  72203 |
| U.S.  Attorney (Western District)<br>P. O. Box 1524<br>Fort Smith, AR  72902 | |

and to all creditors per matrix:

                                                          /s/Michael Crawley
                                                 **CRAWLEY & DELOACHE, PLLC**